# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DOUGLAS ROBERTSON

NO. 2024 KW 0125

**MAY 13, 2024**

---

In Re:     Douglas Robertson, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 7-03-0089.

---

**BEFORE:     GUIDRY, C.J., CHUTZ AND LANIER, JJ.**

**WRIT GRANTED.** The district court is ordered to act on relator's motion to vacate conviction and sentence, filed on or about December 15, 2023, on or before June 10, 2024. A copy of the district court's action shall be filed in this court on or before June 17, 2024.

JMG
WIL

**Chutz, J.,** concurs.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT